[No. 11451–8–II.   Division Two.   June 19, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO TRUAN
MENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00362–8, Milton R. Cox, J., entered October 8, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 9793–5–III.   Division Three.   June 19, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
McKINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00474–0, Thomas E. Merryman, J., entered November 21, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., Thompson, J., dissenting.

[No. 9682–3–III.   Division Three.   June 19, 1990.]

*In the Matter of the Marriage of* BRENDA S. BRODHEAD,
*Respondent, and* WILLIAM V. ROBERTS,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83–3–00027–5, Yancey Reser, J., entered October 31, 1988. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.